IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VERIFIED HIRING, LLC,** § | | |
| *Plaintiff*, § | | |
| § | | |
| **v.** § | CIVIL ACTION No. 6:16-cv-331 | |
| § | JRG-JDL | |
| **BACKGROUND INFORMATION INC.** § | | |
| **DBA BACKGROUND INFO USA,** § | | |
| *Defendant*. § | | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Motion of voluntary dismissal, the Court hereby enters Final Judgment. Plaintiff Verified Hiring, LLC filed suit against Background Information Inc. on April 14, 2016.

It is therefore **ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 16th day of May, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE